■ In the Matter of SHIANDRA K., an Infant. NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TEDMAN K., Appellant, et al., Respondent. [765 NYS2d 285] —Appeal from an order of Family Court, Niagara County (Seaman, J.), entered October 15, 2002, which extended placement of the child to September 27, 2003.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of*

*Alex N.,* 255 AD2d 626, 627 [1998]). Present—Pigott, Jr., P.J., Green, Pine, Scudder and Hayes, JJ.